PROB 12C
(6/16)

Report Date: April 12, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nash M. Teal | Case Number: 0980 2:14CR00104-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 4, 2014

| | |
|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 46 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew Duggan |
| | Date Supervision Commenced: March 10, 2018 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: March 9, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On March 12, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court. |
| | On March 30, 2018, Mr. Teal provided a urine sample that tested presumptive positive for methamphetamine. Mr. Teal admitted to the undersigned, and via a signed document, that he knowingly used methamphetamine on March 27, 2018, which is in direct violation of his terms of supervised release, specifically to mandatory condition number 3. |

Prob12C
**Re: Teal, Nash M.**
**April 12, 2018**
Page 2

| | | |
|---|---|---|
| | 2 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |

**Supporting Evidence**: On March 12, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On April 6, 2018, after reviewing Spokane Police Department report 2018-20060450, which alleges Mr. Teal committed first degree rape and second degree assault, the undersigned sent Mr. Teal a text message directing him to report to the U.S. Probation Office on April 10, 2018. Mr. Teal violated his terms of supervised release by failing to report to the U.S. Probation Office as directed.

On April 10, 2018, the undersigned attempted to call Mr. Teal, though there was no answer and/or ability to leave a voice mail on his phone. Subsequently, the undersigned left Mr. Teal's mother, Amy Cox, who he resides with, a voice mail requesting Mr. Teal contact his probation officer, which he has failed to do. It should also be noted, the undersigned has had collateral contact with Mr. Teal's assigned Washington State Department of Corrections probation officer, in which their attempts to contact Mr. Teal have been unsuccessful, and have resulted in an arrest warrant being issued for his arrest. As of this writing, Mr. Teal's whereabouts are unknown and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 12, 2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

April 12, 2018
Date