PROB 12C
(6/16)

Report Date: June 6, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nash M. Teal                                   Case Number: 0980 2:14CR00104-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 4, 2014

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 46 months                      Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Matthew F. Duggan                        Date Supervision Commenced: March 10, 2018

Defense Attorney:        Federal Defenders Office                 Date Supervision Expires: March 9, 2021

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/12/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

         3              **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence**: On March 12, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

                        On May 30, 2018, per Spokane Police Department (SPD) report 2018-20101795, SPD officers responded to a report of an argument in which contact was made with Mr. Teal. Subsequently, it was alleged that Mr. Teal provided SPD officers with a false name, and when it was determined Mr. Teal was providing a false name, SPD officers attempted to arrest Mr. Teal, which led him to attempt to flee the SPD officers. After Mr. Teal's attempt to flee, an altercation ensued in which SPD officers alleged Mr. Teal resisted and fought with the officers. It should be noted, one of the SPD officers reported knee pain after the incident, in which he was later treated at Deaconess Medical Center.

                        Mr. Teal was ultimately detained and arrested on his federal supervision warrant, and a Washington State Department of Corrections warrant. Further, Mr. Teal was charged with

felony burglary-residential, felony assault in the third degree, misdemeanor resisting arrest, and gross misdemeanor providing false information, thus placing him in violation of his terms of supervised release, specifically mandatory condition number 2. A Spokane County Superior Court document indicates Mr. Teal has an arraignment set for June 12, 2018, for the aforementioned charges.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on April 12, 2018, and that the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/06/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other:  All pending violations shall be addressed at the revocation hearing scheduled for 6/28/2018 at 9:30 a.m. before Chief Judge Rice.

Signature of Judicial Officer

June 6, 2018

Date