PROB 12C
(6/16)

Report Date: January 2, 2019

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 02, 2019

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nash M. Teal          Case Number: 0980 2:14CR00104-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 4, 2014

Original Offense:          Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:         Prison - 46 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison -6 months
(June 28, 2018)            TSR - 30 months

Asst. U.S. Attorney:       Matthew Duggan              Date Supervision Commenced: December 21, 2018

Defense Attorney:          Matthew Campbell            Date Supervision Expires: June 20, 2021

### PETITIONING THE COURT

   To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**: Mr. Teal has failed to report to the probation office in the federal judicial district where he was authorized to reside within 72 hours of his release from imprisonment. |
| | On June 28, 2018, Mr. Teal appeared before Your Honor for the matter of a revocation hearing. It was at that time, Mr. Teal was sentenced to 6 months imprisonment and a 30-month term of supervised release. On November 28, 2018, Mr. Teal's 6-month term of imprisonment concluded at U.S. Penitentiary Atwater, located in the judicial district in Eastern California. Due to pending criminal manners in Spokane County, Mr. Teal had a detainer in which he remained in custody and was transported to the Merced County Jail. Thereafter, Mr. Teal was transported to the Spokane County Jail. On December 21, 2018, |

Prob12C
**Re: Teal, Nash M.**
**January 2, 2019**
**Page 2**

Mr. Teal was released from Spokane County Jail after bond was posted on his pending criminal matter out of Spokane County.

Since being released from custody on December 21, 2018, Mr. Teal has failed to report and/or contact U.S. Probation in any manner. The undersigned has unsuccessfully attempted to contact Mr. Teal via his last known telephone numbers and his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/02/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice, Chief U.S. Dist. Judge
Signature of Judicial Officer

January 2, 2019
Date