PROB 12C
(6/16)

Report Date:  November 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nash M. Teal               Case Number: 0980 2:14CR00104-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 4, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 46 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>June 28, 2018 | Prison - 6 months<br>TSR - 30 months | |
| Revocation Sentence:<br>October 24, 2019 | Prison - 2 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: November 20, 2019 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: March 19, 2022 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court.<br><br>**Supporting Evidence**: Mr. Teal is alleged to have violated his conditions of supervised release by using methamphetamine on or about November 21, 2019.<br><br>On November 21, 2019, Mr. Teal reported to the U.S. Probation Office for the purpose of an intake.  At that time, Mr. Teal was informed of all mandatory, standard, and special conditions of supervised release.  He acknowledged he understood his obligations to the Court. |

Prob12C
**Re: Teal, Nash M.**
**November 22, 2019**
**Page 2**

On November 21, 2019, Mr. Teal reported to the U.S. Probation Office as he had just released from custody the day prior.  He provided a random urinalysis test that was presumptive positive for methamphetamine.  He denied using any illicit drugs.  The urine sample was sent to Alere Toxicology for further testing.

2      **Special Condition # 1**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Teal is alleged to have violated his conditions of release by failing to report to the Spokane Residential Reentry Center (RRC) as directed on November 21, 2019.

On November 21, 2019, Mr. Teal reported to the U.S. Probation Office for the purpose of an intake.  At that time, Mr. Teal was informed of all mandatory, standard, and special conditions of supervised release.  He acknowledged he understood his obligations to the Court

On November 12, 2019, the undersigned officer spoke with Mr. Teal on the phone, who was still in custody.  The undersigned informed Mr. Teal about his obligation to enter into the RRC on November 21, 2019, which he understood.

On November 21, 2019, Mr. Teal reported to the U.S. Probation Office.  He was directed by a U.S. Probation officer to report to the RRC on November 21, 2019.

On November 22, 2019, the undersigned officer was informed by the assistant director at the RRC that Mr. Teal failed to arrive at the RRC for his public law placement on November 21, 2019.  Mr. Teal's whereabouts are unknown, and it appears he has absconded.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      11/22/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

**Prob12C**
**Re: Teal, Nash M.**
**November 22, 2019**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[✔]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

_____November 25, 2019_____
Date