PROB 12C
(6/16)

Report Date: December 26, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nash M. Teal                                      Case Number: 0980 2:14CR00104-TOR-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 4, 2014

Original Offense:         Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:        Prison - 46 months                Type of Supervision: Probation
                          TSR - 36 months

Revocation Sentence:      Prison - 6 months
June 28, 2018             TSR - 30 months

Revocation Sentence:      Prison - 2 months
October 24, 2019          TSR - 28 months

Asst. U.S. Attorney:      U.S. Attorney's Office            Date Supervision Commenced:  November 20, 2019

Defense Attorney:         Federal Defenders Office          Date Supervision Expires:  March 19, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/22/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Teal is alleged to have violated mandatory condition number 1, by being arrested for possession of a controlled substance, methamphetamine, on or about December 22, 2019. |
| | On November 21, 2019, Mr. Teal reported to the U.S. Probation Office for the purpose of an intake.  At that time, Mr. Teal was informed of all mandatory, standard, and special conditions of supervised release.  He acknowledged he understood his obligations to the Court. |

Prob12C
**Re: Teal, Nash M.**
**December 26, 2019**
**Page 2**

According to the Spokane County sheriff's report, case number 2019-10179766, deputies were dispatched to the Spokane Valley Mall to a report of a vehicle prowler. It was reported that a male, later identified as Mr. Nash Teal, was looking into parked cars with a flashlight.

When deputies arrived, they located Mr. Teal talking to a female. Mr. Teal observed the deputies and quickly got into the backseat of a vehicle. As the car attempted to drive away, the deputy directed the vehicle to stop. Mr. Teal closed his door and motioned the driver to go, but she complied with officers.

Mr. Teal was contacted in the backseat of the vehicle and he was feverishly rifling through the front pocket of his sweatshirt. The deputy ordered Mr. Teal multiple times to get his hands out of his pockets, but he continued to ignore the commands of the deputies. Fearing Mr. Teal could be attempting to access a weapon, the deputy opened the door and ordered him to show his hands, but he did not comply. Mr. Teal was physically removed from the vehicle and placed into handcuffs. The deputy observed a glass smoking device and a clear baggie with a white substance, which later tested positive for the presence of methamphetamine.

Mr. Teal was booked into the Spokane County Jail for possession of methamphetamine, a Washington State Department of Corrections warrant, and his federal probation warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/26/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[✓]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Prob12C
**Re: Teal, Nash M.**
**December 26, 2019**
**Page 3**

_____
Signature of Judicial Officer

 December 30, 2019
Date